IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAUL RODRIGUEZ,

    Petitioner,                    No. 2:09-cv-1768-JFM (HC)

    vs.

WARDEN JIM MACDONALD,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner is a state prisoner proceeding pro se and in forma pauperis with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. By order filed July 10, 2009, petitioner's original petition was dismissed with leave to file an amended petition. Petitioner has now filed an amended petition.

        Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file an answer to the amended petition within forty-five days from the date of this order. <u>See</u> Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to

/////

1  the determination of the issues presented in the amended petition. Rule 5, Rules Governing
2  Section 2254 Cases;
3         2. Petitioner's traverse, if any, is due on or before thirty days from the date
4  respondent's answer is filed; and
5         3. The Clerk of the Court shall serve a copy of this order together with a copy of
6  petitioner's amended petition for writ of habeas corpus and an Order Re Consent or Request for
7  Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.
8  DATED: August 11, 2009.

UNITED STATES MAGISTRATE JUDGE

12
rodr1768.100am