IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL RODRIGUEZ,<br><br>               Petitioner,<br><br>         vs.<br><br>MATTHEW CATE, Secretary, California Department of Corrections and Rehabilitation,<br><br>               Respondent. | No. 2:09-cv-01768-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 20] |

       Raul Rodriguez was convicted of California state crimes and sentenced to a term of imprisonment. After his conviction and sentence were affirmed on appeal, he petitioned in this Court for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Docket No. 1. The petition was denied by order dated February 8, 2012. Docket No. 18. Judgment was entered that same day. Docket No. 19.

       On July 6, 2014, Rodriguez filed with this Court a letter asking for assistance. Docket No. 20. Rodriguez believes that the California prison authorities have miscalculated his sentence by failing to give him credit allowed by his state sentencing judge. *Id.* at 1. He notes that his sentencing judge sentenced him to 14 years and 8 months in January of 2007 and expressly allowed him credit against that sentence for 1 year spent in the county jail awaiting transfer to prison and a further credit of 265 days for good behavior. *Id.* Rodriguez argues that the prison has assigned him a release date of September 2018 which, in Rodriguez's opinion, does not reflect the sentence he received in state court. *Id.* at 1-2. Rodriguez does not explain how he calculates a release date which would correctly reflect the sentence he believes he received.

Rodriguez asks this Court to help him obtain a correct sentence. The court will treat the letter as a motion. *See* FED. R. CIV. P. 7(b)(1) ("A request for a court order must be made by motion.").

This Court has no supervisory authority over state courts or prison officials. It has a limited jurisdiction to review state court judgments for violations of the United States Constitution. *See* 28 U.S.C.§ 2254. Rodriguez is correct that he filed a § 2254 petition in federal court, and it was assigned to this Court. That petition has been dismissed, however, and this case closed. This Court, therefore, has no further authority regarding Rodriguez's sentence.

Rodriguez should contact the California state judge who imposed his sentence and inform that judge of his concerns. His concerns present matters of California state law which must be resolved in the courts of California before any proceeding is brought to federal court. This Court expresses no opinion regarding whether Rodriguez might have a federal remedy if he is denied relief in state court. *Cf. Sudler v. City of New York*, 689 F.3d 159, 171 (2d Cir. 2012) (prisoner has a due process right to serve only the sentence imposed by the sentencing judge (citing *Hill v. United States ex rel. Wampler*, 298 U.S. 460, 465 (1936) and *Earley v. Murray*, 451 F.3d 71, 76 (2d Cir. 2006)).

**IT IS THEREFORE ORDERED THAT** the motion at Docket No. 20 is **DENIED WITHOUT PREJUDICE** to further proceedings in state court.

Dated: August 7, 2014.

   /s/James K. Singleton, Jr.  
JAMES K. SINGLETON, JR.  
Senior United States District Judge